# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-339 (PJS/JJK) |
| Plaintiff, | |
| v. | **Order** |
| NOE ALAMOS PANTOJA (1), | |
| Defendant. | |

Jeffrey S. Paulsen, Esq., Assistant United States Attorney, counsel for Plaintiff. Barry V. Barry Voss, Esq., Barry V. Voss, PA., counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 23, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress the Contents of Any Intercepted Wire or Oral Communications and Derivative Evidence (Doc. No. 88), is **DENIED.**

Date: April 11, 2011

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge